Graham B. LippSmith (SBN 221984)
 g@lippsmith.com
LIPPSMITH LLP
555 S. Flower St., Suite 3000
Los Angeles, CA 90071
Tel: (213) 344-1820
Fax: (213) 513-2495

*Attorneys for Plaintiff*
*(Additional counsel listed in signature block)*

Jane Metcalf (*pro hac vice*)
 jmetcalf@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

*Attorneys for Defendant*
*(Additional counsel listed in signature block)*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CAROLYN CLARK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>INCOMM FINANCIAL SERVICES, INC.,<br><br>　　　　　Defendant. | Case No.: 5:22-CV-01839-JGB-SHK<br><br>**STIPULATION FOR CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION AND OF SCHEDULING CONFERENCE**<br><br>Hon. Jesus G. Bernal<br>Hearing Date: June 10, 2024<br>Time:　　　　9:00 a.m.<br>Courtroom:　　1 |

STIPULATION FOR CONTINUANCE OF SUMMARY JUDGMENT MOTION AND
SCHEDULING CONFERENCE

1  Plaintiff Carolyn Clark ("Plaintiff"), and Defendant InComm Financial
2  Services, Inc. ("InComm") (together, the "Parties"), through their counsel, hereby
3  stipulate to, and request that the Court, extend the deadline for Plaintiff to respond
4  to Defendant's Motion for Summary Judgment or, in the Alternative, to Deny Class
5  Certification ("Motion"), and for Defendant to respond to Plaintiff's response.
6  WHEREAS, on March 4, 2024, InComm filed the Motion (ECF No. 143);
7  WHEREAS, Plaintiff previously requested and the Parties agreed to extend
8  the deadline for Plaintiff to respond by Opposition to the Motion, agreeing also to
9  an extension of time for InComm to file its Reply to Plaintiff's Opposition;
10 WHEREAS, the Parties previously filed a stipulation requesting that the Court
11 order a briefing schedule that would accommodate these agreed upon extensions of
12 time, and the Court granted that request (ECF No. 150);
13 WHEREAS, Plaintiff's response to the Motion is currently due on May 3,
14 2024, Defendant's Reply is due on May 24, 2024, and the hearing for the Motion is
15 set for June 10, 2024; and
16 WHEREAS, Plaintiff has requested and the Parties have agreed to a one-week
17 extension of the briefing schedule; and
18 WHEREAS, on April 23, 2024, the Court issued an Order Setting Scheduling
19 Conference ("Order") setting a scheduling conference for this matter for May 20,
20 2024 with a Joint Rule 26(f) Report to be filed not later than 14 days before the
21 scheduling conference (ECF No. 156); and
22 WHEREAS, Plaintiff has requested and the Parties agreed to an eight-day
23 extension of the Order's schedule;
24 ///
25 ///
26 ///
27
28

1
STIPULATION FOR CONTINUANCE OF SUMMARY JUDGMENT MOTION AND
SCHEDULING CONFERENCE

1  NOW, THEREFORE, Plaintiff and InComm hereby stipulate, agree, and
2 jointly request that the Court extend the deadlines for Plaintiff to respond to the
3 Motion, for Defendant to file a Reply, for the hearing on the Motion, and for the
4 scheduling conference and Joint Rule 26(f) Report as follows:
5  The deadline for Plaintiff to file her Opposition to the Motion is May 10, 2024;
6  The deadline for InComm to file a Reply to Plaintiff's Opposition is May 31,
7 2024;
8  The hearing for InComm's Motion will be scheduled for June 17, 2024 at 9:00
9 a.m., or as soon thereafter as the Court's calendar permits;
10  The scheduling conference will be scheduled for May 28, 2024 at 9:00 a.m.,
11 or as soon thereafter as the Court's calendar permits and the Joint Rule 26(f) Report
12 shall be filed not later than 14 days before the scheduling conference.
13
14  IT IS SO STIPULATED AND AGREED.
15
16 Dated: May 3, 2024                By: */s/ Graham B. LippSmith*
                                    Graham B. LippSmith (SBN 221984)
17                                    g@lippsmith.com
18                                  MaryBeth LippSmith (SBN 223573)
                                      mb@lippsmith.com
19                                  Jaclyn L. Anderson (SBN 258609)
20                                    jla@lippsmith.com
                                    LIPPSMITH LLP
21                                  555 S. Flower St., Suite 3000
22                                  Los Angeles, CA 90071
                                    Tel: (213) 344-1820
23                                  Fax: (213) 513-2495
24
                                    Jason T. Dennett (*pro hac vice*)
25                                    jdennett@tousley.com
26                                  Kaleigh N. Boyd (*pro hac vice*)
                                      kboyd@tousley.com
27
                                    2
28  STIPULATION FOR CONTINUANCE OF SUMMARY JUDGMENT MOTION AND
                          SCHEDULING CONFERENCE

| | |
|---|---|
| | TOUSLEY BRIAN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: (206) 682-5600
Fax: (206) 682-2292

*Attorneys for Plaintiff* |
| Dated: May 3, 2024 | By: */s/ William A. Delgado*
William A. Delgado (SBN 222666)
 wdelgado@dtolaw.com
DTO LAW
601 S. Figueroa St., Suite 2130
Los Angeles, CA 90017
Tel: (213) 335-7010
   Fax: (213) 335-7802

Jane Metcalf (*pro hac vice*)
 jmetcalf@pbwt.com
David S. Kleban (*pro hac vice*)
 dkleban@pbwt.com
Peter Vogel (*pro hac vice*)
 pvogel@pbwt.com
Basil Williams (*pro hac vice*)
 bwilliams@pbwt.com
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

*Attorneys for Defendant* |

3
STIPULATION FOR CONTINUANCE OF SUMMARY JUDGMENT MOTION AND
SCHEDULING CONFERENCE

## ATTESTATION REGARDING SIGNATURES

I, Graham B. LippSmith, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 3, 2024                              */s/ Graham B. LippSmith*
                                                            Graham B. LippSmith