IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CAROLYN CLARK, et al., | Case No.: 5:22-CV-01839-JGB-SHK |
| Plaintiffs, | Hon. Jesus G. Bernal |
| v. | **[PROPOSED] ORDER OF DISSMISSAL WITH PREJUDICE** |
| INCOMM FINANCIAL SERVICES, INC., | |
| Defendant. | |

1 | Before the Court is Defendant InComm Financial Services, Inc.'s
2 | ("Defendant") Motion for Summary Judgment, or, in the Alternative, to Deny Class
3 | Certification ("Motion"). On or about May 10, 2024, Plaintiff Carolyn Clark
4 | ("Plaintiff") filed her response to the Motion, indicating that Plaintiff does not
5 | dispute Defendant's request that the Court dismiss her remaining claims with
6 | prejudice. The Court, having considered the Motion and Plaintiff's response thereto,
7 | hereby orders that Plaintiff's claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____

                                                    HON. JESUS G. BERNAL
                                                    UNITED STATES DISTRICT JUDGE