Graham B. LippSmith (SBN 221984)
g@lippsmith.com
MaryBeth LippSmith (SBN 223573)
mb@lippsmith.com
Jaclyn L. Anderson (SBN 258609)
jla@lippsmith.com
**LIPPSMITH LLP**
555 S. Flower Street, Suite 3000
Los Angeles, CA  90071
Tel: (213) 344-1820 / Fax: (213) 513-2495

Jason T. Dennett (WSBA #30686), *Pro Hac Vice*
jdennett@tousley.com
Kaleigh N. Boyd (WSBA #52684), *Pro Hac Vice*
kboyd@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA  98101
Telephone: (206) 682-5600 / Fax: (206) 682-2992

Attorneys for Plaintiff and the Putative Classes

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CAROLYN CLARK, et al.;<br><br>            Plaintiffs,<br><br>     v.<br><br>INCOMM FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 5:22-cv-01839-JGB-SHK<br><br>**PLAINTIFF'S NOTICE OF ERRATA RE: RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION**<br><br>Hon. Jesus G. Bernal<br><br>Date:       June 10, 2024<br>Time:       9:00 a.m.<br>Courtroom:  1 |

**PLAINTIFF'S NOTICE OF ERRATA RE: RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION**

# PLAINTIFF'S NOTICE OF ERRATA RE: RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION

**TO THE COURT, DEENDANT AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff filed her Response to Defendant InComm Financial Services, Inc.'s ("InComm") Motion for Summary Judgment, or in the Alternative, to Deny Class Certification ("Motion") on Friday, May 10, 2024 ("Response"). However, the first reference to Federal Rules of Civil Procedure ("FRCP") Rule 41 should have been to Rule 41(a)(1)(A)(ii), not 41(a)(2). Therefore, the second paragraph of the Response should read:

> The parties are unfortunately unable to agree on a stipulation of dismissal pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(1)(A)(ii). If the Court is not inclined to enter its own order dismissing Plaintiff's claims with prejudice, Plaintiff respectfully requests that the Court allow Plaintiff two weeks to file her motion to dismiss her claims with prejudice pursuant to FRCP Rule 41(a)(2) and to complete the requisite meet and confer with counsel for InComm prior to filing such motion.

///
///
///
///

1

**PLAINTIFF'S NOTICE OF ERRATA RE: RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION**

Plaintiff files this Notice of Errata to correct this inadvertent mistake.

Date: May 13, 2024

**LIPPSMITH LLP**

By: */s/ Graham B. LippSmith*
GRAHAM B. LIPPSMITH
MARYBETH LIPPSMITH
JACLYN L. ANDERSON

**TOUSLEY BRAIN STEPHENS PLLC**
JASON T. DENNETT, WSBA #30686
*Pro Hac Vice*
KALEIGH N. BOYD, WSBA #52684,
*Pro Hac Vice*

Attorneys for Plaintiff

**PLAINTIFF'S NOTICE OF ERRATA RE: RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION**