1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CAROLYN CLARK, et al.; | Case No. 5:22-cv-01839-JGB-SHK |
| Plaintiffs, | Hon. Jesus G. Bernal |
| v. | **ORDER GRANTING CONTINUANCE OF DEFENDANT INCOMM FINANCIAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION AND OF SCHEDULING CONFERENCE** |
| INCOMM FINANCIAL SERVICES, INC., a Delaware corporation, | |
| Defendant. | |

**ORDER GRANTING CONTINUANCE OF DEFENDANT INCOMM FINANCIAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION AND OF SCHEDULING CONFEERENCE**

# ORDER GRANTING STIPULATION FOR CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION AND OF SCHEDULING CONFERENCE

Having read and approved the Stipulation for Continuance of Defendant's Motion for Summary Judgment or, in the Alternative, to Deny Class Certification and of Scheduling Conference ("Motion"), and for good cause shown, the Court hereby orders as follows:

1. The hearing for Defendant's Motion (Dkt. No. 152) is continued to June 17, 2024 at 9:00 a.m.;
2. Plaintiff's Opposition to Defendant's Motion is due no later than May 10, 2024;
3. Defendant's Reply to Plaintiffs' Opposition is due no later than May 31, 2024;
4. The scheduling conference in this matter is continued to June 17, 2024 at 9:00 a.m. in Courtroom 1, 3470 Twelfth Street, Riverside, California 92501, with the Joint Rule 26(f) Report to be filed not later than 14 days before the scheduling conference.

**IT IS SO ORDERED.**

DATED: May 16, 2024

HON. JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE

1

ORDER GRANTING CONTINUANCE OF DEFENDANT INCOMM FINANCIAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DENY CLASS CERTIFICATION AND OF SCHEDULING CONFEERENCE