**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN CLARK, individually, and as a proposed class representative,<br><br>    Plaintiff,<br><br>    v.<br><br>INCOMM FINANCIAL SERVICES, INC.,<br><br>    Defendants. | Case No.: 5:22-cv-01839-JGB-SHK<br>Judge: Jesus G. Bernal<br>Mag. Judge: Shashi H. Kewalramani<br><br>**JUDGMENT** |

## **JUDGMENT**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

According to the Court's May 29, 2024 Order granting the Motion for Summary Judgment (Dkt. No. 152) of Defendant INCOMM FINANCIAL SERVICES, INC. ("Defendant") against Plaintiff CAROLYN CLARK ("Plaintiff"), Judgment in favor of Defendant dismissing it with prejudice is proper.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:

1. That Plaintiff's Complaint (Dkt. No. 54), which is the operative complaint, and Defendant are DISMISSED WITH PREJUDICE;
2. That Judgment is entered in favor of Defendant and against Plaintiff;
3. That Plaintiff takes nothing from this lawsuit against Defendant; and
4. That Defendant, as the prevailing party, shall recover costs against Plaintiff.

Dated: May 30, 2024

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT COURT